Order Filed on
**12/20/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**TRENK, DIPASQUALE, WEBSTER,**
**DELLA FERA & SODONO, P.C.**
347 Mt. Pleasant Avenue, Ste. 300
West Orange, New Jersey 07052
(973) 243-8600
Richard D. Trenk (RT6874)
*Attorneys for Reorganized Debtor*
*Interaqt Corporation d/b/a Colotraq*

In re:

INTERAQT CORPORATION d/b/a COLOTRAQ,

        Reorganized Debtor.

Case No. 10-31401 (NLW)

Honorable Novalyn L. Winfield

Chapter 11

Hearing Date: December 20, 2010

Hearing Time: 10:00 a.m.

## ORDER CLOSING REORGANIZED DEBTOR'S CHAPTER 11 CASE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: 12/20/2010**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Reorganized Debtor:   Interaqt Corporation d/b/a Colotraq
Case No.:   10-31401 (NLW)
Caption of Order:   Order Closing Reorganized Debtor's Chapter 11 Case

---

**THIS MATTER** having been opened to the Court by Interaqt Corporation d/b/a Colotraq (the "Reorganized Debtor"), by and through its counsel, Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., by the filing of a motion to close the Reorganized Debtor's Chapter 11 cases and the Court having considered the moving papers and the Court having considered any response, and for good cause shown;

**IT IS HEREBY**

**ORDERED** that Reorganized Debtor's motion is granted and Reorganized Debtor's Chapter 11 case be and is hereby closed.

F:\WPDOCS\A-M\Colotraq\CloseOrder.doc

*Approved by Judge Novalyn L. Winfield December 20, 2010*